# Exhibit 2

| US10749620 | KICK ("The accused instrumentality") |
|---|---|
| 1. A server device that communicates with a user device associated with a user, where the user device receives content information that describes content that is broadcasted by an entity server, the server device comprising:<br><br>**Col 25, 26: lines 62-67, 1:**<br><br>*Station profile 800 may store previous content information 803 c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803 c may include a content name, artist, author, date, start time, end time, duration, previous* | The accused instrumentality discloses a server device (e.g., server of the accused instrumentality) that communicates with a user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) associated with a user, where the user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) receives content information (e.g., video content information such as content name, duration, channel name, creator, etc.) that describes content (e.g., video content) that is broadcasted by an entity server (e.g., entity server such as KICK Clips broadcaster, KICK LIVE broadcaster, etc.).<br><br>As shown below, the accused instrumentality is a live-streaming platform that provides live and clip video content to users. When a user device enabled with the accused instrumentality sends a request to play video content, the server of the accused instrumentality identifies whether the content belongs to the KICK Clips profile or the KICK LIVE profile. Based on this, the corresponding broadcaster, such as the KICK Clips broadcaster or the KICK LIVE broadcaster, broadcasts the video content to the user device, thereby enabling the user to access and play the video content. The video content includes content information such as content name, duration, channel name, creator, etc., associated with it. |

| | |
|---|---|
| *schedule, show, etc.* and/or any other information associated with content that has been broadcasted by broadcast station 150. |  https://kick.com/ |



https://about.kick.com/download



https://play.google.com/store/apps/details?id=com.kick.mobile&hl=en_US&gl=US



https://play.google.com/store/apps/details?id=com.kick.mobile&hl=en_US&gl=US



https://kick.com/



https://kick.com/



https://kick.com/

https://kick.com/



https://kick.com/amierxo

| one or more processors executing instructions to: receive, from the user device, a request for a copy of the content, the request including a first identifier associated with | The accused instrumentality discloses one or more processors (e.g., processor of the accused instrumentality server) executing instructions to: receive, from the user device (e.g., user device enabled with the accused instrumentality), a request (e.g., request to play the video) for a copy of the content (e.g., video content), the request (e.g., request to play the video) including a first identifier (e.g., video name, channel name, creator, duration, etc.) associated with the content (e.g., video content), information (e.g., user name, email address, login credentials, channel subscription, etc.) associated with the |

| | |
|---|---|
| the content, information associated with the user device, and information associated with the entity server;<br><br>**Col 27: lines 56-65:**<br><br>*Capture button **904** may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), <u>a user may select capture button **904** (e.g. a single button), which may cause user device **110** to send a request for content to application server **160**. As further described below, user device **110** may receive</u> an identifier, a key, and/or authorization associated with the* | user device (e.g., user device enabled with the accused instrumentality), and information (e.g., entity server name such as KICK Clips, KICK LIVE, etc.) associated with the entity server (e.g., entity server such as KICK Clips broadcaster, KICK LIVE broadcaster, etc.).<br><br>As shown below, the accused instrumentality is a live-streaming platform that provides live and clip video content to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content by selecting a video, the processor of the accused instrumentality server receives a request from a user device enabled with the accused instrumentality to access video content from KICK LIVE, KICK Clips, etc. The request includes information associated with the video content, such as the video name, channel name, creator, duration, etc., information associated with the user device, such as the user name, email address, login credentials, and channel subscription; and information associated with the entity server, such as the entity server name such as KICK LIVE, KICK Clips, etc. |

_content        (enable user device_ **110** _to        access and    play    the    content)_ _and/or a copy of the content such that it is available to the user._

**Col 16: lines 37-48:**

_User                    profile module_ **511** _may enable_ **application server** **160** _to        create and/or maintain a profile associated with a user and/or                    user device_ **110** _(hereinafter, "user    profile")    from which            information associated    with    a user,_ **user    device** **110**_, content,    and/or    ad content,    may    be received. Such a user profile may include user information (e.g., a name of user, an address of the user,    a    user    email address, a sim URI, etc.),_



https://about.kick.com/download

*information associated with user device 110 (e.g., a network address, Internet Protocol (IP) address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.*

**Col 25, 26: lines 62-67, 1:**

*Station profile 800 may store previous content information 803c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803c may include a content name, artist, author, date, start time, end time, duration, previous*



https://play.google.com/store/apps/details?id=com.kick.mobile&hl=en_US&gl=US

*schedule, show, etc. and/or any other information associated with content that has been broadcasted by broadcast station 150.*

Col 20: lines 30-36:

*Station server 120 may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.) and/or station server 120 (e.g., an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server 160.*



https://kick.com/



a request for a copy of the content

https://kick.com/



https://kick.com/



a request for a copy of the content

https://kick.com/



first identifier associated with the content

https://kick.com/amierxo



https://kick.com/



https://kick.com/

## 2. Our collection and use of personal information and purposes for processing

We collect personal information in a variety of ways. For example, you may provide us your personal information when you register for an account, post a review, send us messages, contact us though other communication means or use some other feature of our Services. We may also collect personal information automatically through the use of our Services, or from third parties (collection from third parties is explained in the "Personal information obtained from third parties" section below).

We may link or combine your activities and information collected from you on our websites with information we receive from third parties, as well as information we collect automatically through tracking technologies (defined below). This allows us to provide you with a personalized experience regardless of how you interact with us.

**Personal information collected from you**

We may collect the following categories of personal information submitted to us when you create an account or use our Services:

- contact information, including first and last name, email address, physical address and phone number to communicate with you directly, including to send you marketing communications in accordance with your preferences;

- account information, including first and last name, email address, physical address, phone number, user ID profile information, account balances, payment and purchase history information, and any other information you provide to us. We use this information to administer your account, provide you with the relevant service and information, communicate with you regarding your account and your use of the Services, and for customer support purposes;

https://kick.com/privacy-policy

## 9. Storage, security and international transfers of your personal information

We store your personal information electronically.

We have implemented reasonable precautions to protect the information we collect from loss and misuse and from unauthorized access, disclosure, alteration and destruction. Please be aware that, despite taking every reasonable effort, no data security measures can ever guarantee security.

You should take steps to protect against unauthorized access to your password, phone, and computer by, among other things, logging off after using a shared computer, choosing a robust password that nobody else knows or can easily guess, and keeping your login credentials secret. To the extent permitted by law, we are not responsible for any loss, cost, liability or expense incurred by you should you fail to do any of these things.

The personal information we collect may be transferred to and stored in countries outside of the jurisdiction you are in where we and our third-party service providers have operations, including in the United States. If you are accessing our Services from the European Economic Area ("EEA"), UK or Switzerland, your personal information will be processed outside of the EEA, the UK and Switzerland.

https://kick.com/privacy-policy

### Personal information we collect and how we use it

We collect specific categories of personal information from you when you use our Services or from third parties. For a list of the categories of personal information and how we use it, please visit the "Our collection and use of personal information" section of our Privacy Policy.

We will indicate to you, at the point that we collect personal information from you, if the provision of certain personal information is mandatory or optional. Some information, such as your name, address, payment transaction information, and information on your requested services, may be necessary for your use of certain features and functionalities of the Services. If you choose not to provide personal information marked as mandatory, we may not be able to provide those aspects of the Services to you, or to respond to your queries and other requests.

### How long will we store your personal information?

We will usually store the personal information we collect about you for no longer than necessary for the purposes set out in this Privacy Policy, and in accordance with our legitimate business interests and applicable law. For example, if your personal information is subject to the EU GDPR or UK GDPR, the criteria used to determine the period for which personal information about you will be retained varies depending on the legal basis under which we process the personal information:

https://kick.com/privacy-policy

| | |
|---|---|
| | • information collected through the use of the Services, including any files, documents, videos, images, data, or information you choose to upload or transmit through your communications with us or your use of the Services (collectively, "User Content"), including User Content uploaded in connection with any streams, such as comments and reactions. Additionally, if you are a streamer, we may collect information you provide through your streams, such as the metadata associated with your streams and engagement statistics. User Content and any information contained in the User Content, including personal information you may have included, are stored and collected as part of the Services. We use the User Content to provide you with the Services. Please note that all User Content, including your profile information, is posted publicly. For information on your options regarding public information, please see the "Control over your personal information (including accessing and correcting it)" section below; and<br><br>https://kick.com/privacy-policy |
| obtain a user profile associated with the user device by matching the information associated with the user device to first information stored in the user profile;<br><br>**Col 16: lines 37-48:**<br><br>*User profile module 511 may enable application server 160 to create and/or maintain a profile associated with a user and/or user device 110 (hereinafter, "user profile") from which information* | The accused instrumentality discloses obtaining a user profile (e.g., user account profile), associated with the user device (e.g., user device enabled with the accused instrumentality) by matching the information (e.g., user name, email address, login credentials, channel subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality) to first information (e.g., user name, email address, login credentials, channel subscription, etc.) stored in the user profile (e.g., user account profile).<br><br>As shown below, the accused instrumentality is a live-streaming platform that provides live and clip video content to users. A user can create an account on the accused instrumentality and select a channel for subscription. When a user device enabled with the accused instrumentality performs login and sends a request to the server to play the video content, the processor of the accused instrumentality server obtains a user profile associated with the user device by matching the information associated with the user device such as the username, email address, login credentials, channel subscription, etc. with the information stored in the user profile to authorize access to the video content. |

*associated with a user, user device 110, content, and/or ad content, may be received. Such a user profile may include user information (e.g., a name of user, an address of the user, a user email address, a sim URI, etc.), information associated with user device 110 (e.g., a network address, Internet Protocol (IP) address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.*



https://about.kick.com/download



https://play.google.com/store/apps/details?id=com.kick.mobile&hl=en_US&gl=US



https://kick.com/



https://kick.com/



https://kick.com/amierxo



https://kick.com/amierxo



https://kick.com/

https://kick.com/settings/profile



https://kick.com/settings/security

https://kick.com/transactions/subscriptions

## 2. Our collection and use of personal information and purposes for processing

We collect personal information in a variety of ways. For example, you may provide us your personal information when you register for an account, post a review, send us messages, contact us though other communication means or use some other feature of our Services. We may also collect personal information automatically through the use of our Services, or from third parties (collection from third parties is explained in the "Personal information obtained from third parties" section below).

We may link or combine your activities and information collected from you on our websites with information we receive from third parties, as well as information we collect automatically through tracking technologies (defined below). This allows us to provide you with a personalized experience regardless of how you interact with us.

**Personal information collected from you**

We may collect the following categories of personal information submitted to us when you create an account or use our Services:

- contact information, including first and last name, email address, physical address and phone number to communicate with you directly, including to send you marketing communications in accordance with your preferences;

- account information, including first and last name, email address, physical address, phone number, user ID profile information, account balances, payment and purchase history information, and any other information you provide to us. We use this information to administer your account, provide you with the relevant service and information, communicate with you regarding your account and your use of the Services, and for customer support purposes;

https://kick.com/privacy-policy

## 9. Storage, security and international transfers of your personal information

We store your personal information electronically.

We have implemented reasonable precautions to protect the information we collect from loss and misuse and from unauthorized access, disclosure, alteration and destruction. Please be aware that, despite taking every reasonable effort, no data security measures can ever guarantee security.

You should take steps to protect against unauthorized access to your password, phone, and computer by, among other things, logging off after using a shared computer, choosing a robust password that nobody else knows or can easily guess, and keeping your login credentials secret. To the extent permitted by law, we are not responsible for any loss, cost, liability or expense incurred by you should you fail to do any of these things.

The personal information we collect may be transferred to and stored in countries outside of the jurisdiction you are in where we and our third-party service providers have operations, including in the United States. If you are accessing our Services from the European Economic Area ("EEA"), UK or Switzerland, your personal information will be processed outside of the EEA, the UK and Switzerland.

https://kick.com/privacy-policy

## Personal information we collect and how we use it

We collect specific categories of personal information from you when you use our Services or from third parties. For a list of the categories of personal information and how we use it, please visit the "Our collection and use of personal information" section of our Privacy Policy.

We will indicate to you, at the point that we collect personal information from you, if the provision of certain personal information is mandatory or optional. Some information, such as your name, address, payment transaction information, and information on your requested services, may be necessary for your use of certain features and functionalities of the Services. If you choose not to provide personal information marked as mandatory, we may not be able to provide those aspects of the Services to you, or to respond to your queries and other requests.

## How long will we store your personal information?

We will usually store the personal information we collect about you for no longer than necessary for the purposes set out in this Privacy Policy, and in accordance with our legitimate business interests and applicable law. For example, if your personal information is subject to the EU GDPR or UK GDPR, the criteria used to determine the period for which personal information about you will be retained varies depending on the legal basis under which we process the personal information:

https://kick.com/privacy-policy

| | |
|---|---|
| | • information collected through the use of the Services, including any files, documents, videos, images, data, or information you choose to upload or transmit through your communications with us or your use of the Services (collectively, "User Content"), including User Content uploaded in connection with any streams, such as comments and reactions. Additionally, if you are a streamer, we may collect information you provide through your streams, such as the metadata associated with your streams and engagement statistics. User Content and any information contained in the User Content, including personal information you may have included, are stored and collected as part of the Services. We use the User Content to provide you with the Services. Please note that all User Content, including your profile information, is posted publicly. For information on your options regarding public information, please see the "Control over your personal information (including accessing and correcting it)" section below; and <br><br>https://kick.com/privacy-policy |
| obtain an entity profile, associated with the entity server, by matching the information associated with the entity server to second information stored in the entity profile;<br><br>**Col 20: lines 30-36:**<br><br>*Station server 120 may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.) and/or station server 120 (e.g.,* | The accused instrumentality discloses obtaining an entity profile (e.g., KICK Clips profile, KICK LIVE profile, etc.), associated with the entity server (e.g., entity server such as KICK Clips broadcaster, KICK LIVE broadcaster, etc.), by matching the information (e.g., entity server name such as KICK Clips, KICK LIVE, etc.) associated with the entity server (e.g., entity server such as KICK Clips broadcaster, KICK LIVE broadcaster, etc.) to second information (e.g., entity server name such as KICK Clips, KICK LIVE, etc.) stored in the entity profile (e.g., KICK Clips profile, KICK LIVE profile, etc.).<br><br>As shown below, the accused instrumentality is a live-streaming platform that provides live and clip video content to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content, the processor of the accused instrumentality server receives information about the entity server associated with the requested content such as entity server name such as KICK Clips, KICK LIVE, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the KICK Clips profile or the KICK LIVE profile. |

*an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server 160.*



https://about.kick.com/download

https://play.google.com/store/apps/details?id=com.kick.mobile&hl=en_US&gl=US



https://play.google.com/store/apps/details?id=com.kick.mobile&hl=en_US&gl=US



https://kick.com/



a request for a copy of the content

https://kick.com/

| | https://kick.com/ |
|---|---|
| identify the content, in the entity profile, by matching the first identifier to a second identifier associated with the content stored in the entity profile;<br><br>__Col 25, 26: lines 62-67, 1:__<br><br>_Station profile **800** may store previous content information **803** c, which may identify content that has been broadcasted by broadcast station **150**. For example, previous content information **803** c may include a content name, artist, author, date, start time, end time, duration, previous schedule, show, etc. and/or any other information associated_ | The accused instrumentality discloses identifying the content (e.g., video content), in the entity profile (e.g., KICK Clips profile, KICK LIVE profile, etc.), by matching the first identifier (e.g., video name, channel name, creator, duration, etc.) to a second identifier (e.g., video name, channel name, creator, duration, etc. that is stored on KICK Clips, KICK LIVE, etc.), associated with the content (e.g., video content) stored in the entity profile (e.g., KICK Clips profile, KICK LIVE profile, etc.).<br><br>As shown below, the accused instrumentality is a live-streaming platform that provides live and clip video content to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content, the processor of the accused instrumentality server obtains the relevant entity profile, such as the KICK Clips profile or the KICK LIVE profile based on whether the content is live or clip video content. It then identifies the video content on the entity platform by matching the video name, channel name, creator, duration, etc. with the content information already stored on entity platform such as KICK Clips, KICK LIVE, etc. |

*with content that has been broadcasted by broadcast station 150.*



https://kick.com/



https://kick.com/



https://kick.com/amierxo

| | |
|---|---|
| obtain the copy of the content to enable the user device to access the copy of the content based on the identifying the content in the entity profile; | The accused instrumentality discloses obtaining the copy of the content (e.g., video content) to enable the user device (e.g., user device enabled with the accused instrumentality) to access the copy of the content (e.g., video content) based on the identifying the content (e.g., video content) in the entity profile (e.g., KICK Clips profile, KICK LIVE profile, etc.).<br><br>As shown below, the accused instrumentality is a live-streaming platform that provides |

live and clip video content to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content, the processor of the accused instrumentality server obtains the relevant entity profile, such as the KICK Clips profile or the KICK LIVE profile based on whether the content is live or clip video content. It then identifies and obtains the video content by matching the video name, channel name, creator, duration, etc., with the content information already stored on entity platforms such as KICK Clips, KICK LIVE, etc.



https://about.kick.com/download



https://play.google.com/store/apps/details?id=com.kick.mobile&hl=en_US&gl=US



https://kick.com/



https://kick.com/

https://kick.com/

| | |
|---|---|
| send, to the user profile, a notification indicating that the user device is authorized to access to the content.<br><br>**Col 27: lines 56-65:**<br><br>*Capture button **904** may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), <u>a user may select capture button **904** (e.g. a single button), which may cause user device **110** to send a request for content to application server **160**. As further described below, user device **110** may receive</u> an identifier, a key, and/or <u>authorization associated with the</u>* | The accused instrumentality discloses sending to the user profile, a notification (e.g., access to play the video content) indicating that the user device (e.g., user device enabled with the accused instrumentality) is authorized (e.g., authorized based on channel subscription, etc.) to access to the content (e.g., video content).<br><br>As shown below, the accused instrumentality is a live-streaming platform that provides live and clip video content to users. A user can create an account on the accused instrumentality and select a channel subscription. When a user device enabled with the accused instrumentality performs login and sends a request to the server to play the video content, the processor of the accused instrumentality server obtains an entity profile such as KICK LIVE, KICK Clips, etc. based on type of content such as live or clip video content and also obtains a user profile associated with the user device that includes user name, login credentials, channel subscription, etc. Based on obtained entity profile and user profile, it will identify the content and provide authorization to the user to access/play the content. |

*content (enable user device **110** to access and play the content)* and/or a copy of the content such that it is available to the user.

## Col 27: lines 45-52:

*In one non-limiting example, in the event that the content is leased and/or rented, the key may be associated with a lease that expires after a period of time. Expiration of the key may preclude user device **110** from decoding the content, playing the content, downloading or streaming the content, or may cause an indicator and/or notification (that indicates that access has been granted to the content) to be removed*



https://about.kick.com/download

*from the user profile.*



https://play.google.com/store/apps/details?id=com.kick.mobile&hl=en_US&gl=US



https://kick.com/



https://kick.com/



https://kick.com/amierxo



https://kick.com/amierxo



https://kick.com/

https://kick.com/settings/profile



[https://kick.com/settings/security](https://kick.com/settings/security)

[https://kick.com/transactions/subscriptions](https://kick.com/transactions/subscriptions)



https://kick.com/



https://kick.com/



https://kick.com/

https://kick.com/



https://kick.com/amierxo

## 2. Our collection and use of personal information and purposes for processing

We collect personal information in a variety of ways. For example, you may provide us your personal information when you register for an account, post a review, send us messages, contact us though other communication means or use some other feature of our Services. We may also collect personal information automatically through the use of our Services, or from third parties (collection from third parties is explained in the "Personal information obtained from third parties" section below).

We may link or combine your activities and information collected from you on our websites with information we receive from third parties, as well as information we collect automatically through tracking technologies (defined below). This allows us to provide you with a personalized experience regardless of how you interact with us.

**Personal information collected from you**

We may collect the following categories of personal information submitted to us when you create an account or use our Services:

- contact information, including first and last name, email address, physical address and phone number to communicate with you directly, including to send you marketing communications in accordance with your preferences;

- account information, including first and last name, email address, physical address, phone number, user ID profile information, account balances, payment and purchase history information, and any other information you provide to us. We use this information to administer your account, provide you with the relevant service and information, communicate with you regarding your account and your use of the Services, and for customer support purposes;

https://kick.com/privacy-policy

### 9. Storage, security and international transfers of your personal information

We store your personal information electronically.

We have implemented reasonable precautions to protect the information we collect from loss and misuse and from unauthorized access, disclosure, alteration and destruction. Please be aware that, despite taking every reasonable effort, no data security measures can ever guarantee security.

You should take steps to protect against unauthorized access to your password, phone, and computer by, among other things, logging off after using a shared computer, choosing a robust password that nobody else knows or can easily guess, and keeping your login credentials secret. To the extent permitted by law, we are not responsible for any loss, cost, liability or expense incurred by you should you fail to do any of these things.

The personal information we collect may be transferred to and stored in countries outside of the jurisdiction you are in where we and our third-party service providers have operations, including in the United States. If you are accessing our Services from the European Economic Area ("EEA"), UK or Switzerland, your personal information will be processed outside of the EEA, the UK and Switzerland.

https://kick.com/privacy-policy

### Personal information we collect and how we use it

We collect specific categories of personal information from you when you use our Services or from third parties. For a list of the categories of personal information and how we use it, please visit the "Our collection and use of personal information" section of our Privacy Policy.

We will indicate to you, at the point that we collect personal information from you, if the provision of certain personal information is mandatory or optional. Some information, such as your name, address, payment transaction information, and information on your requested services, may be necessary for your use of certain features and functionalities of the Services. If you choose not to provide personal information marked as mandatory, we may not be able to provide those aspects of the Services to you, or to respond to your queries and other requests.

### How long will we store your personal information?

We will usually store the personal information we collect about you for no longer than necessary for the purposes set out in this Privacy Policy, and in accordance with our legitimate business interests and applicable law. For example, if your personal information is subject to the EU GDPR or UK GDPR, the criteria used to determine the period for which personal information about you will be retained varies depending on the legal basis under which we process the personal information:

https://kick.com/privacy-policy

- information collected through the use of the Services, including any files, documents, videos, images, data, or information you choose to upload or transmit through your communications with us or your use of the Services (collectively, "User Content"), including User Content uploaded in connection with any streams, such as comments and reactions. Additionally, if you are a streamer, we may collect information you provide through your streams, such as the metadata associated with your streams and engagement statistics. User Content and any information contained in the User Content, including personal information you may have included, are stored and collected as part of the Services. We use the User Content to provide you with the Services. Please note that all User Content, including your profile information, is posted publicly. For information on your options regarding public information, please see the "Control over your personal information (including accessing and correcting it)" section below; and

https://kick.com/privacy-policy